**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS G. KEEFE and DAWN K. KEEFE, individually and on behalf of those similarly situated,  )<br>)<br>) | No. 1:08-cv-11064-NMG<br><br><u>CLASS ACTION</u> |
| Plaintiffs,  )<br>vs.  )<br>)<br>EVERGREEN INVESTMENT MANAGEMENT  )<br>CO LLC, EVERGREEN FIXED INCOME TRUST,  )<br>EVERGREEN INVESTMENT SERVICES, INC.,  )<br>and EVERGREEN DISTRIBUTOR, INC., DENNIS  )<br>H. FERRO, KASEY PHILLIPS, CHARLES A.  )<br>AUSTIN III, SHIRLEY L. FULTON, K. DUN  )<br>GIFFORD, LEROY KEITH, JR., GERALD M.  )<br>McDONNELL, PATRICIA B. NORRIS, WILLIAM  )<br>WALT PETTIT, DAVID M. RICHARDSON,  )<br>RUSSELL A. SALTON III, MICHAEL S.  )<br>SCOFIELD, RICHARD J. SHIMA, and RICHARD  )<br>K. WAGONER,  )<br>)<br>Defendants.  )<br>) | |
| ALBERT KRANTZBERG and IRENE  )<br>KRANTZBERG, On Behalf of Themselves and  )<br>All Others Similarly Situated,  )<br>) | No. 1:08-cv-11326-NMG<br><br><u>CLASS ACTION</u> |
| Plaintiffs,  )<br>vs.  )<br>)<br>EVERGREEN FIXED INCOME TRUST,  )<br>EVERGREEN DISTRIBUTOR, INC., WACHOVIA  )<br>CORPORATION, DENNIS H. FERRO and KASEY  )<br>PHILLIPS,  )<br>)<br>Defendants.  )<br>) | |

[Caption continued on following page.]

**DECLARATION OF BETSY EHRENBERG IN SUPPORT OF MOTION**
**OF THE EVERGREEN INVESTORS GROUP FOR CONSOLIDATION**
**OF RELATED ACTIONS APPOINTMENT AS LEAD PLAINTIFF**
**<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| GENEVIEVE M. MIERZWINSKI, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>EVERGREEN FIXED INCOME TRUST, EVERGREEN INVESTMENT SERVICES, INC., EVERGREEN INVESTMENT MANAGEMENT COMPANY, LLC, WACHOVIA CORPORATION, DENNIS H. FERRO and KASEY PHILLIPS,<br><br>      Defendants. | ) No. 1:08-cv-11435-NMG<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  Betsy Ehrenberg declares, under penalty of perjury:

  1. I am a partner of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., proposed Liaison Counsel in this action. I submit this Declaration in support of the Motion of the Evergreen Investors Group for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

  2. Attached hereto as Exhibit A is a true and accurate copy of the first notice regarding the pendency of this action, published on Business Wire on June 23, 2008, by the plaintiff in the first-filed *Keefe* action.

  3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of the Evergreen Investors Group at $1,326,350 in connection with its purchases of shares of the Evergreen Ultra Short Opportunities Fund.

  4. Attached hereto as Exhibit C are the Certifications of International Brotherhood of Electrical Workers Local 98, NECA Electrical Workers Joint Apprenticeship Training Trust Fund, and Robert Ercolini on behalf of First Agency Account LP.

5.    Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia Geller Rudman & Robbins LLP, proposed Lead Counsel for the Evergreen Investors Group.

6.    Attached hereto as Exhibit E is a true copy of the firm resume of Page Perry, LLC, proposed Lead Counsel for the Evergreen Investors Group.

7.    Attached hereto as Exhibit F is a true copy of the firm resume of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., proposed Liaison Counsel for the Evergreen Investors Group.

DATED: August 22, 2008

                                          *s/ Betsy Ehrenberg*
                                          BETSY EHRENBERG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                          *s/ Betsy Ehrenberg*
                                          BETSY EHRENBERG