UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Thomas G. Keefe and Dawn K. Keefe, individually and on behalf of those similarly situated,<br><br>               Plaintiffs,<br><br>   vs.<br><br>Evergreen Investment Management Co LLC, Evergreen Fixed Income Trust, Evergreen Investment Services, Inc., and Evergreen Distributor, Inc., Dennis H. Ferro, Kasey Phillips, Charles A. Austin III, Shirley L. Fulton, K. Dun Gifford, Leroy Keith, Jr., Gerald M. McDonnell, Patricia B. Norris, William Walt Pettit, David M. Richardson, Russell A. Salton III, Michael S. Scofield, Richard J. Shima, and Richard K. Wagoner,<br><br>               Defendants. | C.A. NO. 1:08-CV-11064-NMG<br>CLASS ACTION |
| Albert Krantzberg and Irene Krantzberg, On Behalf of Themselves and All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>   vs.<br><br>Evergreen Fixed Income Trust, Evergreen Distributor, Inc., Wachovia Corporation, Dennis H. Ferro and Kasey Phillips,<br><br>               Defendants. | C.A. NO. 1:08-CV-11326-NMG<br>CLASS ACTION |

[Caption continued on following page.]

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| Genevieve M. Mierzwinski, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Evergreen Fixed Income Trust, Evergreen Investment Services, Inc., Evergreen Investment Management Company, LLC, Wachovia Corporation, Dennis H. Ferro and Kasey Phillips,<br><br>Defendants. | C.A. NO. 1:08-CV-11435-NMG<br>CLASS ACTION |

WHEREAS, on June 23, 2008, plaintiffs Thomas G. Keefe and Dawn K. Keefe (the "Keefes") filed this action against Evergreen Fixed Income Trust and certain related entities and individuals alleging violations of §§11, 12(a)(2) and 15 of the Securities Act of 1933;

WHEREAS, on June 23, 2008, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. 77z-14(a)(3)(A)(i), counsel for the Keefes caused notice to be published on Business Wire, a widely circulated national business-oriented wire service, advising members of the purported class of, inter alia: (1) the pendency of the action; (2) the claims asserted therein; and (3) that, not later than 60 days after the date on which the notice was published, any member of the purported class had the right to move the Court to serve as lead plaintiff of the class;

WHEREAS, on August 4, 2008, plaintiffs Albert Krantzberg and Irene Krantzberg filed a substantially similar action against Evergreen Fixed Income Trust and certain related entities and individuals;

2

WHEREAS, on August 19, 2008, plaintiff Genevieve M. Mierzwinski filed a substantially similar action against Evergreen Fixed Income Trust and certain related entities and individuals;

WHEREAS, on August 22, 2008, the following applicants filed timely motions seeking consolidation of the related actions pending before this Court, appointment as Lead Plaintiff and approval of selection of Lead Counsel: (1) International Brotherhood of Electrical Workers Local 98, NECA Electrical Workers Joint Apprenticeship Training Trust Fund and First Agency Account LP (the "Evergreen Investors Group"); (2) the Bricklayers and Allied Craftworkers Local 1 of PA/DE Health and Welfare Fund and the Bricklayers Local 54 of Pennsylvania Supplemental Welfare Fund (the "Bricklayers Group") and (3) Albert Krantzberg and Irene Krantzberg (the "Krantzberg Plaintiffs");

WHEREAS, based on the information accompanying their respective motions, the Evergreen Investors Group reported approximate losses of $1,326,350, the Bricklayers Group reported approximate losses of $1,310,791, and the Krantzberg Plaintiffs reported approximate losses of $19,136;

WHEREAS, given the slight difference between their approximate loss figures, the Evergreen Investor Group and the Bricklayers Group have determined that, rather than continue to litigate their competing motions, it is in the best interest of the class to amicably resolve the motions and pool their resources to effectively and efficiently prosecute the action;

WHEREAS, the Krantzberg Plaintiffs have indicated that they will withdraw their motion for appointment as lead plaintiffs;

WHEREAS, the Evergreen Investor Group and the Bricklayers Group agree that the three related actions pending before this Court involve common questions of law or fact, and should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, the Evergreen Investor Group and the Bricklayers Group submit that, pursuant to the PSLRA, 15 U.S.C. §77z-1(a)(3)(B)(iii)(I), they are the most adequate plaintiffs because (1) they timely filed a motion for appointment as Lead Plaintiff; (2) they possess the largest financial interest in the relief sought by the class; and (3) they otherwise satisfy the typicality and adequacy requirements of Federal Rule of Civil Procedure 23;

WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iv), provides that, subject to the approval of the Court, the most adequate plaintiff shall select and retain counsel to represent the Class;

WHEREAS, the Evergreen Investor Group and the Bricklayers Group have selected the law firms of Coughlin Stoia Geller Rudman & Robbins LLP, Page Perry, LLC and Cohen Placitella & Roth, P.C. to serve as Lead Counsel and Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. to serve as Liaison Counsel; and

WHEREAS, each of these law firms has experience in complex class action litigation and/or shareholder litigation and will ensure that there will be no duplication of efforts on the part of Lead Counsel.

IT IS HEREBY STIPULATED and AGREED, by and between the Evergreen Investor Group and the Bricklayers Group, through their undersigned attorneys, and subject to the Court's approval, as follows:

1. The three related actions pending before this Court, which include: (1) Keefe, et al. v. Evergreen Investment Management Co. LLC, et al., No. 1:08-cv-11064-NMG; (2) Krantzberg, et al. v. Evergreen Fixed Income Trust, et al., No. 1:08-cv-11326-NMG; and (3) Mlerzwinski v. Evergreen Fixed Income Trust, et al., No. 1:08-cv-11435-NMG, are hereby consolidated for all purposes, pursuant to Rule 42(a). The consolidated action shall be captioned In re Evergreen Ultra Short Opportunities Fund Securities Litigation, No. 1:08-cv-11064-NMG, and a Master File shall be established;

2. The Evergreen Investor Group and the Bricklayers Group are hereby appointed Lead Plaintiffs for the Class pursuant to 15 U.S.C. §77z-1(a)(3)(B); and

3. The Evergreen Investor Group's and the Bricklayers Group's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP, Page Perry, LLC and Cohen Placitella & Roth, P.C. to serve as Lead Counsel and Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. to serve as Liaison Counsel is approved.

Dated: February 27, 2009

PYLE, ROME, LICHTEN, EHRENBERG &
LISS-RIORDAN, P.C.
BETSY EHRENBERG, BBO #554628

s/Betsy Ehrenberg
_____
BETSY EHRENBERG

BETSY EHRENBERG
18 Tremont Street, Suite 500
Boston, MA 02108
Telephone: 617/367-7200
617/367-4820 (fax)
behrenberg@prle.con

[Proposed] Liaison Counsel

5

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

s/ Paul J. Geller
_____
PAUL J. GELLER

PAUL J. GELLER
JACK REISE
DOUGLAS WILENS
120 Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@csgrr.com
jreise@csgrr.com
dwilens@csgrr.com


PAGE PERRY, LLC

s/ J. Boyd Page
_____
J. BOYD PAGE

J. BOYD PAGE
JAMES M. EVANGELISTA
DAVID J. WORLEY
1040 Crown Pointe Parkway, Suite 1050
Atlanta, GA 30338
Telephone: 770/673-0047
770/673-0120 (fax)
jbpage@pageperry.com
jevangelista@pageperry.com
dworley@pageperry.com

COHEN, PLACITELLA & ROTH, P.C.

s/ Stewart L. Cohen
_____

STEWART L. COHEN
SHANNON O. LACK
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: 215/567-3500
215//567-6019 (fax)
 scohen@cprlaw.com

[Proposed] Lead Counsel


SEGAL ROITMAN LLP

s/ Michael J. Doheny
_____
MICHAEL J. DOHENY

MICHAEL J. DOHENY (BBO # 644476)
111 Devonshire Street, 5th Floor
Tel.: (617) 742-0208
Fax:  (617) 742-2187

[Proposed] Liaison Counsel


*  *  *

ORDER

IT IS SO ORDERED.

DATED: _____   _____
                                JUDGE NATHANIEL M. GORTON
                                UNITED STATES DISTRICT JUDGE


7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

          s/ Betsy Ehrenberg
          _____
          BETSY EHRENBERG