UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) No. 1:08-CV-11064-NMG ) ) ) CLASS ACTION ) ) |

**NOTICE OF FIRM NAME CHANGE**

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective March 31, 2010, the law firm of Coughlin Stoia Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP** (the "Firm"). The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

The telephone and facsimile numbers will remain the same. Please revise your records accordingly.

DATED: April 1, 2010

ROBBINS GELLER
  RUDMAN & DOWD LLP
PAUL J. GELLER
JACK REISE
DOUGLAS WILENS

/s/ JACK REISE
JACK REISE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

PAGE PERRY, LLC
J. BOYD PAGE
JAMES M. EVANGELISTA
DAVID J. WORLEY
1040 Crown Pointe Parkway, Suite 1050
Atlanta, GA  30338
Telephone:  770/673-0047
770/673-0120 (fax)

COHEN, PLACI TELLA & ROTH, P.C
STEWART L. COHEN
WILLIAM D. MARVIN
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone:  215/567-3500
215/567-6019 (fax)

*Co-Lead Counsel for Plaintiffs*

PYLE, ROME, LICHTEN, EHRENBERG
  & LISS-RIORDAN, P.C.
BETSY EHRENBERG, BBO #554628
18 Tremont Street, Suite 500
Boston, MA  02108
Telephone:  617/367-7200
617/367-4820 (fax)

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ JACK REISE
JACK REISE
