UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) ) ) ) ) ) ) ) Civil Action No. 08-11064-NMG |

**DECLARATION OF JAMES M. EVANGELISTA
IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO SUBSTITUTE
EVANGELISTA & ASSOCIATES, LLC AS CO-LEAD COUNSEL**

I, James M. Evangelista, declare as follows, pursuant to 28 U.S.C. §1746:

1.   I am an attorney with the law firm of Evangelista & Associates, LLC. I am submitting this declaration in support of the motion for approval of substitution of Evangelista & Associates, LLC as Co-Lead Counsel for the putative class ("Class") filed by Lead Plaintiffs International Brotherhood of Electrical Workers Local 98, NECA Electrical Workers Joint Apprenticeship Training Trust Fund, First Agency Account LP, Bricklayers and Allied Graftworkers Local 1 of PA/DE Health and Welfare Fund, and Bricklayers Local 54 of Pennsylvania Supplemental Welfare Fund (collectively, "Lead Plaintiffs").

2. At all times since the inception of the litigation, David Worley and I have been the attorneys at the Page Perry LLC firm responsible for the investigation and prosecution of this litigation on behalf of Lead Plaintiffs.

3. Effective March 15, 2010, I established a new law firm, Evangelista & Associates, LLC, where Mr. Worley also is "Of Counsel."

4. Page Perry has consented to its substitution by Evangelista & Associates as Co-Lead Counsel.

5. Attached hereto as Exhibit A is a firm resume of Evangelista & Associates LLC which includes brief biographies of the principal attorneys who have worked on this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2010.

               */s/ James M. Evangelista*
               James M. Evangelista