UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE EVERGREEN ULTRA SHORT            )   No. 1:08-CV-11064-NMG
OPPORTUNITIES FUND SECURITIES          )
LITIGATION                             )   CLASS ACTION
                                       )
                                       )
_____)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Lead Plaintiffs International Brotherhood of Electrical Workers Local 98, NECA Electrical Workers Joint Apprenticeship Training Trust Fund, First Agency Account LP, Bricklayers and Allied Craftworkers Local 1 of PA/DE Health and Welfare Fund, and the Bricklayers Local 54 of Pennsylvania Supplemental Welfare Fund and their undersigned counsel hereby certified that they have conferred as required under Local Rule 16.1(D)(3):

(a)     with a view establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

DATED: May 13, 2010

*[signature]*
On behalf of International
Brotherhood of Electrical Workers
Local 98

DATED: May 13, 2010

*[signature: Michael Neil]*
On behalf of NECA Electrical
Workers Joint Apprenticeship
Training Trust Fund

DATED: May ___, 2010

_____
On behalf of First Agency Account
LP

DATED: May ___, 2010

_____
On behalf of Bricklayers and Allied
Craftworkers Local 1 of PA/DE
Health and Welfare Fund

DATED: May ___, 2010

_____
On behalf of Bricklayers Local 54 of
Pennsylvania Supplemental Welfare
Fund

DATED: May ___, 2010

_____
On behalf of International
Brotherhood of Electrical Workers
Local 98

DATED: May ___, 2010

_____
On behalf of NECA Electrical
Workers Joint Apprenticeship
Training Trust Fund

DATED: May _11_, 2010

_____
On behalf of First Agency Account
LP

DATED: May ___, 2010

_____
On behalf of Bricklayers and Allied
Craftworkers Local 1 of PA/DE
Health and Welfare Fund

DATED: May ___, 2010

_____
On behalf of Bricklayers Local 54 of
Pennsylvania Supplemental Welfare
Fund

DATED: May ___, 2010

_____
On behalf of International
Brotherhood of Electrical Workers
Local 98

DATED: May ___, 2010

_____
On behalf of NECA Electrical
Workers Joint Apprenticeship
Training Trust Fund

DATED: May ___, 2010

_____
On behalf of First Agency Account
LP

*[signature]*

DATED: May 20, 2010

_____
On behalf of Bricklayers and Allied
Craftworkers Local 1 of PA/DE
Health and Welfare Fund

DATED: May ___, 2010

_____
On behalf of Bricklayers Local 54 of
Pennsylvania Supplemental Welfare
Fund

2

DATED: May ___, 2010

_____
On behalf of International
Brotherhood of Electrical Workers
Local 98

DATED: May ___, 2010

_____
On behalf of NECA Electrical
Workers Joint Apprenticeship
Training Trust Fund

DATED: May ___, 2010

_____
On behalf of First Agency Account
LP

DATED: May ___, 2010

_____
On behalf of Bricklayers and Allied
Craftworkers Local 1 of PA/DE
Health and Welfare Fund

DATED: May 21, 2010

*/s/ Danielle Hannings*
On behalf of Bricklayers Local 54 of
Pennsylvania Supplemental Welfare
Fund

2

DATED: May ___, 2010

ROBBINS GELLER RUDMAN & DOWD LLP
JACK REISE (*pro hac vice*)
MICHAEL L. GREENWALD (*pro hac vice*)

_____
*s/ Jack Reise*
JACK REISE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

EVANGELISTA & ASSOCIATES, LLC
JAMES M. EVANGELISTA
DAVID J. WORLEY
One Glenlake Parkway, Suite 700
Atlanta, GA 30328
Telephone: 404/478-7195
404/478-7139 (fax)

COHEN, PLACITELLA & ROTH, P.C
STEWART L. COHEN
WILLIAM D. MARVIN
MICHAEL COREN
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: 215/567-3500
215/567-6019 (fax)

Co-Lead Counsel for Plaintiffs

PYLE ROME EHRENBERG, P.C.
BETSY EHRENBERG, BBO #554628
18 Tremont Street, Suite 500
Boston, MA 02108
Telephone: 617/367-7200
617/367-4820 (fax)

Liaison Counsel for Plaintiffs

3