# UNITED STATED DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) No. 1:08-CV-11064-NMG )<br>) <u>CLASS ACTION</u><br>)<br>) |

## **DEFENDANTS' CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)**

Defendants in the above-captioned action, along with their counsel, hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider a resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 7, 2010

By: /s/ W. Douglas Munn
W. Douglas Munn

*Authorized Representative for Defendants*

Respectfully Submitted,

REED SMITH LLP

By: /s/ George M. Linge
George M. Linge, BBO #648199
Thomas L. Allen
Joseph P. Pohl III
225 Fifth Avenue
Suite 1200
Pittsburgh, PA  15222
(412) 288-3131
glinge@reedsmith.com
tallen@reedsmith.com
jpohl@reedsmith.com

*Counsel for Evergreen Investment Management Co. LLC, Evergreen Investment Services, Inc., Wachovia Corporation, Dennis H. Ferro and Kasey Phillips*

- 2 -

        ROPES & GRAY LLP

By:  /s/ Robert G. Jones
     Robert G. Jones BBO #630767
     Abraham R. George BBO #668949
     ROPES & GRAY LLP
     One International Place
     Boston, MA 02110-2624
     (617) 951-7000
     Robert.Jones@ropesgray.com
     Abraham.George@ropesgray.com

*Counsel for Evergreen Fixed Income Trust, Charles A. Austin, Shirley L. Fulton, K. Dunn Gifford, Leroy Keith, Jr., Gerald M. McDonnell, Patricia B. Norris, William Walt Pettit, David M. Richardson, Russell A. Salton III, Michael S. Scofield, Richard J. Shima, and Richard K. Wagoner*