UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) No. 1:08-CV-11064-NMG <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) |

**DEFENDANTS' EVERGREEN FIXED INCOME TRUST, CHARLES A. AUSTIN III, SHIRLEY L. FULTON, LEROY KEITH, JR., GERALD M. MCDONNELL, WILLIAM WALT PETTIT, DAVID M. RICHARDSON, MICHAEL S. SCOFIELD, RICHARD J. SHIMA, RICHARD K. WAGONER RUSSELL A. SALTON III, and PATRICIA B. NORRIS, NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective October 12, 2010, the address and other contact information for the undersigned counsel for Defendants' Evergreen Fixed Income Trust, Charles A. Austin III, Shirley L. Fulton, LeRoy Keith, Jr., Gerald M. McDonnell, William Walt Pettit, David M. Richardson, Michael S. Scofield, Richard J. Shima, Richard K. Wagoner, Russell A. Salton III, and Patricia B. Norris in the above-captioned matter has changed. All pleadings, notices, correspondence and other documents should be addressed as follows:

> Robert G. Jones
> Abraham R. George
> Ropes & Gray LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Main Phone: 617-951-7000
> Main Fax:  617-951-7050

Please change your records accordingly.

Dated: October 14, 2010

> ROPES & GRAY LLP,
> By: /s/ Robert G. Jones
> Abraham R. George
> Ropes & Gray LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Attorney for Defendants

25563630_1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on October 14, 2010

/s/ Abraham R. George<br>Abraham R. George