UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) No. 1:08-cv-11064-NMG<br>) (Consolidated)<br>)<br>) MOTION FOR ADMISSION *PRO HAC*<br>) *VICE* OF |

Pursuant to Local Rule 83.5.3, Plaintiff Evergreen Investors Group hereby moves that John C. Camillus, Esquire, of counsel to David P. Meyer & Associates Co., LPA, 1320 Dublin Road, Columbus, Ohio 43215 be admitted *pro hac vice* in the above case as counsel of record with local counsel identified below. In support of this request, Plaintiff submits herewith the Certificate of Good Standing of John C. Camillus.

    Respectfully submitted,

    Plaintiff Evergreen Investors Group,
    By:


    */s/ Betsy Ehrenberg*
    _____
    Betsy Ehrenberg, BBO # 554628
    *Pyle Rome Ehrenberg PC*
    18 Tremont Street, Suite 500
    Boston, MA 02108
    Phone: 617-367-7200
    Fax: 617-368-4820
    E-mail: behrenberg@pylerome.com

Date: January 28, 2011

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 28, 2011.

*/s/ Betsy Ehrenberg*

_____
Betsy Ehrenberg