UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) ) ) ) ) ) No. 1:08-CV-11064-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Kindly withdraw the appearance of Michael J. Doheny as Counsel for Plaintiff Bricklayers Group.

>RESPECTFULLY SUBMITTED,
>
>BRICKLAYERS GROUP
>
>BY THEIR ATTORNEYS,
>
>/s/ Michael J. Doheny
>Michael J. Doheny, Esq., BBO# 644476
>SEGAL ROITMAN, LLP
>111 Devonshire St., 5th Floor
>Boston, MA 02109
>Phone: (617) 742-0208
>Fax: (617) 742-2187

Dated:  May 18, 2011

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2011.

                /s/ Michael J. Doheny
                Michael J. Doheny, Esq.