# United States Court of Appeals
## For the First Circuit

No. 11-8042

IN RE: EVERGREEN ULTRA SHORT OPPORTUNITIES

FUND SECURITIES LITIGATION,

---

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98, ET AL.,

Plaintiffs, Respondents,

v.

EVERGREEN FIXED INCOME TRUST, ET AL.,

Defendants, Petitioners.

---

Before

Boudin, Lipez and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered:  November 22, 2011

The petition for permission to appeal under Fed. R. Civ. P. 23(f) is <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
Stuart J. Gruber
Jack Reise

Abraham R. George
Robert G. Jones
Colin Emmet Wrabley
Thomas L. Allen
Justin J. Kontul
George M. Linge
Joseph P. Pohl, III
Douglas K. Spaulding
Peter A. Lagorio
Leslie R. Stern
Stewart L. Cohen
Betsy L. Ehrenberg
Jamaes M. Evangelista
Thomas A. Hargett
David P. Myer
Alan R. Perry, Jr.
Barbara Q. Smith
Matthew R. Wilson
David J. Worley
John C. Camillus
Michael Coren
Daniel R. Freytag
Michael L. Greenwald
Jillian A. Smith