UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) No. 1:08-CV-11064-NMG<br>)<br>)<br>) CLASS ACTION<br>) |

**NOTICE OF CHANGE OF FIRM AFFILIATION**
**EFFECTIVE MARCH 5, 2012**

TO:    THE CLERK OF THE COURT AND ALL PARTIES

Lead Counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), gives notice that,

effective March 5, 2012, Michael L. Greenwald ("Greenwald") shall no longer be affiliated with

Robbins Geller.  Greenwald shall be affiliated with Greenwald Davidson PLLC.   While Robbins

Geller shall remain lead counsel, Greenwald shall be added to the service list and shall be served at

the following address:

> Michael L. Greenwald
> Greenwald Davidson PLLC
> 5550 Glades Road, Suite 500
> Boca Raton, FL  33431
> Telephone:  561/826-5477
> 561/869-1919 (fax)
> E-mail:  mgreenwald@mgjdlaw.com

Please revise your records accordingly.

DATED: March 2, 2012

**ROBBINS GELLER**
  **RUDMAN & DOWD LLP**
JACK REISE

_____
            *s/ Jack Reise*
            JACK REISE

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33431
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail:  jreise@rgrdlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 2, 2012, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

_____
            *s/ Jack Reise*
            JACK REISE