UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) ) ) ) ) | No. 1:08-CV-11064-NMG <u>CLASS ACTION</u> |

**<u>NOTICE OF TENTATIVE SETTLEMENT</u>**

Lead Plaintiffs and Class Representatives International Brotherhood of Electrical Workers Local 98, NECA Electrical Workers Joint Apprenticeship Training Trust Fund, First Agency Account LP, Bricklayers and Allied Craftworkers Local 1 of PA/DE Health and Welfare Fund, and the Bricklayers Local 54 of Pennsylvania Supplemental Welfare Fund (collectively, "Plaintiffs") and Evergreen Investment Management Co. LLC, Evergreen Investment Services, Inc., Wachovia Corporation, Dennis H. Ferro, Kasey Phillips, Evergreen Fixed Income Trust, Charles A. Austin, Shirley L. Fulton, K. Dunn Gifford, Leroy Keith, Jr., Gerald M. McDonnell, Patricia B. Norris, William Walt Pettit, David M. Richardson, Russell A. Salton III, Michael S. Scofield, Richard J. Shima, and Richard K. Wagoner (collectively, "Defendants"), by and through their respective undersigned counsel, hereby notify the Court that a tentative settlement has been reached between the parties in the above-captioned action.

Specifically, the parties have reached an agreement in principle to settle this litigation and executed a Memorandum of Understanding concerning the terms of a proposed settlement to resolve the action on a class-wide basis subject to court approval. The parties anticipate finalizing a formal Stipulation of Settlement and supporting papers to present to the Court for preliminary approval, pursuant to Fed. R. Civ. P. 23(e), by June 8, 2012.

DATED:  May 15, 2012                    ROBBINS GELLER RUDMAN & DOWD LLP
                                        JACK REISE (*pro hac vice*)


                                        _____
                                                s/ JACK REISE
                                        _____

                                        120 East Palmetto Park Road, Suite 500
                                        Boca Raton, FL  33432
                                        Telephone:  561/750-3000
                                        561/750-3364 (fax)
                                        jreise@rgrdlaw.com


                                        COHEN, PLACITELLA & ROTH, P.C
                                        STEWART L. COHEN (*pro hac vice*)

                                        _____
                                                s/ STEWART L. COHEN
                                        _____

                                        Two Commerce Square
                                        2001 Market Street
                                        Philadelphia, PA 19103
                                        Telephone:  215/567-3500
                                        215/567-6019 (fax)

                                        EVANGELISTA & ASSOCIATES, LLC
                                        JAMES M. EVANGELISTA
                                        DAVID J. WORLEY
                                        One Glenlake Parkway, Suite 700
                                        Atlanta, GA  30328
                                        Telephone:  404/478-7195
                                        404/478-7139 (fax)

                                        Lead Counsel for Plaintiffs

                                        PYLE ROME EHRENBERG, P.C.
                                        BETSY EHRENBERG, BBO (BBO 554628)
                                        18 Tremont Street, Suite 500
                                        Boston, MA  02108
                                        Telephone:  617/367-7200
                                        617/367-4820 (fax)

                                        Liaison Counsel for Plaintiffs

GREENWALD DAVIDSON PLLC
MICHAEL L. GREENWALD
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Telephone:  561/824-5477

RIGRODSKY & LONG, P.A.
TIMOTHY J. MACFALL
825 East Gate Blvd., Suite 300
Garden City, NY  11530
Telephone:  516/683-3516

Additional Counsel for Plaintiffs


REED SMITH LLP
THOMAS L. ALLEN
JOSEPH P. POHL III
GEORGE M. LINGE (BBO 648199)

_____ s/ THOMAS L. ALLEN _____

225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
412/288-3131
tallen@reedsmith.com
jpohl@reedsmith.com
glinge@reedsmith.com

*Counsel for Evergreen Investment*
*Management Co. LLC, Evergreen*
*Investment Services, Inc., Wachovia Corporation,*
*Dennis H. Ferro and*
*Kasey Phillips*


ROPES & GRAY LLP
ROBERT G. JONES (BBO 630767)
ABRAHAM R. GEORGE (BBO 668949)

_____ s/ ABRAHAM R. GEORGE _____

One International Place
Boston, MA 02110-2624
617/951-7000
Robert.Jones@ropesgray.com
Abraham.George@ropesgray.com

*Counsel for Evergreen Fixed Income Trust,
Charles A. Austin, Shirley L. Fulton, K. Dunn
Gifford, Leroy Keith, Jr., Gerald M. McDonnell,
Patricia B. Norris, William Walt Pettit, David M.
Richardson, Russell A. Salton III, Michael S.
Scofield, Richard J. Shima, and Richard K.
Wagoner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2012, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

s/ JACK REISE