UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION ) ) ) ) ) ) | No. 1:08-CV-11064-NMG<br><br>CLASS ACTION |

### CLASS COUNSEL AND CO-LEAD COUNSEL'S NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective March 12, 2012, the address and other contact information for the undersigned class counsel and co-lead counsel for the International Brotherhood of Electrical Workers Local 98, NECA Electrical Workers Joint Apprenticeship Training Trust Fund, First Agency Account LP, Bricklayers and Allied Craftworkers Local 1 of PA/DE Health and Welfare Fund, and the Bricklayers Local 54 of Pennsylvania Supplemental Welfare Fund (collectively, "Plaintiffs") in the above-captioned matter has changed .  All pleadings, notices, correspondence and other documents should be addressed as follows:

>   James M. Evangelista
>   David J. Worley
>   EVANGELISTA & ASSOCIATES, LLC
>   400 Colony Square
>   1201 Peachtree Street, NE
>   Suite 900
>   Atlanta, Georgia  30361
>   Phone: (404)961-7650
>   Fax: (404)961-7651

Please change your records accordingly.

Dated: July 24, 2012                     /s/ David J. Worley
                                         David J. Worley

- 1 -

(Ga. Bar No. 776665)
James M. Evangelista
(Ga. Bar No. 707807)
EVANGELISTA & ASSOCIATES, LLC
400 Colony Square
1201 Peachtree Street, NE
Suite 900
Atlanta, Georgia  30361
Phone: (404)961-7650
Fax: (404)961-7651

*Class Counsel and Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served CLASS COUNSEL AND CO-LEAD COUNSEL'S NOTICE OF CHANGE OF ADDRESS on all parties by causing a true copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

This 24th day of July, 2012.

/s/ David J. Worley
David J. Worley