UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re EVERGREEN ULTRA SHORT OPPORTUNITIES FUND SECURITIES LITIGATION | ) ) ) ) | Master File No. 1:08-cv-11064-NMG<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

**LEAD PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND (2) AWARD OF <u>ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES</u>**

Court-appointed Lead Plaintiffs and Class Representatives International Brotherhood of Electrical Workers Local 98, NECA Electrical Workers Joint Apprenticeship Training Trust Fund, First Agency Account LP, Bricklayers and Allied Craftworkers Local 1 of PA/DE Health and Welfare Fund, and the Bricklayers Local 54 of Pennsylvania Supplemental Welfare Fund (collectively, "Lead Plaintiffs"), by and through undersigned counsel, hereby move the Court for orders and/or judgments: (1) finally approving the Settlement of the Litigation and dismissing it against Defendants with prejudice; (2) approving the Plan of Allocation of the Settlement Proceeds; and (3) awarding Lead Counsel attorneys' fees of 30% of the Settlement Fund plus expenses, plus interest on both amounts, and an award to Lead Plaintiffs for their expenses and to compensate them for the time they devoted to representing the Class and prosecuting this Action. Lead Plaintiffs' motion is based upon the Memorandum of Law in Support of Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; Memorandum of Law in Support of Award of Attorneys' Fees and Reimbursement and Expenses; the declarations filed in support thereof; the Stipulation of Settlement dated as of June 27, 2012; all other pleadings and matters of record; and such additional argument as may be presented at the hearing on Lead Plaintiffs' motion.

DATED: October 22, 2012                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                           JACK REISE


                                                    s/JACK REISE

                                           120 East Palmetto Park Road, Suite 500
                                           Boca Raton, FL  33432
                                           Telephone:  561/750-3000
                                           561/750-3364 (fax)
                                           jreise@rgrdlaw.com

COHEN, PLACITELLA & ROTH, P.C.
STEWART L. COHEN
MICHAEL COREN
STUART J. GUBER
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/567-3500
215/567-6019 (fax)
scohen@cprlaw.com

EVANGELISTA & ASSOCIATES, LLC
JAMES M. EVANGELISTA
400 Colony Square
1201 Peachtree Street, NE
Atlanta, GA  30361
Telephone:  404/961-7650
404/961-7651 (fax)
jme@eafirm.com

*Co-Lead Counsel for Plaintiffs*

MARINO & CONROY LLC
STEVEN F. MARINO
301 Wharton Street
Philadelphia, PA  19147
Telephone:  215/462-3200
215/462-4763 (fax)

*Additional Counsel for Plaintiff*

PYLE, ROME, LICHTEN, EHRENBERG
  & LISS-RIORDAN, P.C.
BETSY EHRENBERG, BBO #554628
18 Tremont Street, Suite 500
Boston, MA  92108
Telephone: 617/367-7200
617/367-4820 (fax)
behrenberg@pylerome.com

*Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/JACK REISE