United States District Court
District of Massachusetts

_____
                                   )
IN RE EVERGREEN ULTRA SHORT         )   Civil Action No.
OPPORTUNITIES FUND SECURITIES       )   08-11064-NMG
LITIGATION                          )
_____ )

**ORDER**

**GORTON, J.**

Having considered Lead Class Counsel's unopposed motion for an order extending the deadline for certain Evergreen Ultra Short Opportunities Fund ("Fund") shareholders whose shares were held in omnibus accounts established by Wachovia Bank, N.A. or Wachovia Bank affiliates ("Wachovia Omnibus Account Class Members") to file Claim Information Form and Release Forms with the Claims Administrator, and for good cause shown:

**IT IS HEREBY ORDERED** as follows:

1. The Court Order dated July 24, 2012, (Docket No. 100), is hereby modified as provided herein to allow Wachovia Omnibus Account Class Members whose previous Notice and Claim Information Form and Release Form ("CIF") did not contain preprinted Fund transaction information (a) to be served with a supplemental Notice and CIF with Fund transaction data preprinted based upon the Fund's records and (b) to file within thirty (30) days after such Notice CIFs with the Claims Administrator, Heffler Claims

Administration ("Heffler").

    2. Heffler shall as soon as practicable, prepare and send a supplemental notice and CIF to each of the 420 potential class members it has identified as being Wachovia Omnibus Account Class Members whose previous notice and CIF did not contain preprinted Fund transaction information. The supplemental notice and CIF shall contain the Fund transaction data for the entire omnibus account with which they are associated.

    3. The supplemental notices and CIFs shall be sent with a cover letter by Heffler explaining that:

        a. the addressee(s) are listed on Fund records or on Wachovia's records relating to the Fund as being associated with the identified Fund omnibus account as an owner or as agent and thus are being sent the supplemental notice with the accounts' transaction data included on the CIF;

        b. if anyone listed in Heffler's claims database as an account owner or agent for an account holder on the Fund's records who receives a supplemental notice timely returns the CIF properly executed and amended if necessary, that submission will be considered by the Claims Administrator to be a valid claim for participation in the settlement benefits on behalf of all class members associated with the omnibus account identified in the supplemental notice and CIF and accordingly processed;

        c. distribution checks to such Authorized Claimants who

have a Recognized Claim in such cases will be in the name of all persons, institutions and account agents associated with the omnibus account unless all parties on an omnibus account agree and instruct the Claims Administrator otherwise in writing; and

    d. any disputes as to division of such distribution checks which Heffler is unable to resolve will be submitted to the Court for resolution.

4.  The deadline for filing CIF's for Wachovia Omnibus Account Class Members who are sent a supplemental notice and CIF pursuant to this Order is hereby extended until thirty (30) days after the mailing of the supplemental notice and CIF by Heffler.  Heffler shall file a proof of such mailing with the Court, which filing shall establish the deadline extension dates.

5. In all other respects the Court's Preliminary Approval Order dated July 24, 2012, (Docket No. 100) remains in full force and effect.

**So ordered.**

                              /s/ Nathaniel M. Gorton
                              Nathaniel M. Gorton
                              United States District Judge

Dated November 28, 2012